IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

JENNY BETH JENKINSON,

                Plaintiff,                            JUDGMENT IN A CIVIL CASE

      v.                                                          Case No. 13-cv-76-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

_____

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

_____

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff Jenny Beth Jenkinson's motion for summary judgment and her request for remand of this case to the Acting Commissioner under 42 U.S.C. § 405(g).

      _____s/ A. Wiseman, Deputy Clerk_____           _____12/23/2013_____
           Peter Oppeneer, Clerk of Court                                    Date